

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00728-CV

**METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD., L.L.P**. d/b/a
Northeast Methodist Hospital, Sarah I. Back, R.N., and Ismael Tres Sosa, M.D.,
Appellants

v.

Rita **REMINGTON**, Individually and as Independent Executor of the Estate of Alvin Charles
Hall, Deceased, and Karl Hall, Individually,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11703
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's orders denying the motions to dismiss are REVERSED, and we REMAND this cause to the trial court for the determination of attorney's fees under section 74.251(b)(1) of the Texas Civil Practice and Remedies Code, and for entry of a final order dismissing appellees' health care liability claims against appellants.

We order that appellants, Methodist Healthcare System of San Antonio, Ltd., L.L.P. d/b/a Northeast Methodist Hospital, Sarah I. Back, R.N., and Ismael Tres Sosa, M.D, recover their costs of this appeal from appellees, Rita Remington, Individually and as Independent Executor of the Estate of Alvin Charles Hall, Deceased, and Karl Hall, Individually.

SIGNED August 15, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice